# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

MELVIN PEREZ-CARDENAS,

                    Defendant.

Case No. 09CR2706-BTM

JUDGMENT OF DISMISSAL

FILED SEP 18 2014 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

31:5316(a)(1)(A) and 5324(c)(1); 31:103.23(a); 31:5332(a)(1),(b)(2) and (c)(3) - Failure to File Reports on Exporting Monetary Instruments; Criminal Forfeiture (1); 31:5332(a); 31:5332(a)(1), (b)(2) and (c)(3) - Bulk Cash Smuggling; Criminal Forfeiture (2); 18:1001 - False Statement (3)

Dated: 9/15/2014

Hon. Barry Ted Moskowitz
United States District Judge